1  DICKENSON, PEATMAN & FOGARTY
   A Professional Law Corporation
2  Brandon R. Blevans (CSB 197281)
   bblevans@dpf-law.com
3  Gregory J. Walsh (CSB 209763)
   gwalsh@dpf-law.com
4  50 Old Courthouse Square, Suite 200
   Santa Rosa, CA 95404-4922
5  Telephone: (707) 524-7000
   Facsimile: (707) 546-6800
6
   Attorneys for Defendants
7  THOMAS KELLER RESTAURANT GROUP,
   BOUCHON LP and BOUCHON, LLC
8

9

10                 UNITED STATES DISTRICT COURT

11              FOR THE DISTRICT OF NORTHERN CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | JASON STEVENS,                          | CASE NO. CV 09 0622 EMC
15 |         Plaintiffs,                     |
16 |    vs.                                  | **STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND**
17 |                                         | [Civil L.R. 6-1 (a)]         ORDER
18 | THOMAS KELLER RESTAURANT GROUP, a California business organization form unknown, BOUCHON LP, a |
19 | California limited partnership, and BOUCHON, LLC, a California limited |
20 | liability corporation.                  | Date Complaint Filed: February 12, 2009
21 |         Defendants.                     | Trial Date: None
22

---

Stipulation Enlarging Time to Respond to Complaint                Case No. CV 09 0622

# STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND

1. Plaintiff's *Complaint* was filed on February 11, 2009 and served on February 12, 2009.

2. Pursuant to Civil L.R. 6.1(a), Plaintiff and Defendants Thomas Keller Restaurant Group, Bouchon LP, and Bouchon, LLC, have stipulated that Defendants shall have an extension of time to answer or otherwise respond to the *Complaint*. This extension will not alter the date of any event or deadline already fixed by Court order.

3. Said extension would require a response by Defendants on Wednesday, March 25, 2009.

4. Each party waives service of this *Stipulation Enlarging Time.*

IT IS SO STIPULATED.

Dated: March 10, 2009

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

/s/
Brandon R. Blevans
Gregory J. Walsh
Attorneys for Defendants
THOMAS KELLER RESTAURANT GROUP,
BOUCHON LP and BOUCHON, LLC

Dated: March 10, 2009

RUDY, EXELROD, ZIEFF & LOWE, LLP

/s/
David A. Lowe
Attorney for Plaintiff

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate
Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -

## SIGNATURE ATTESTATION

### U.S.D.C. Northern District of California General Order No. 45 (11/18/04), § X(B)

1
2
3
4   I attest that concurrence in the filing of this document has been obtained from the single
5   signatory identified above.
6
7   Dated: March 10, 2009            /s/
                                     Gregory J. Walsh
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28