1  DICKENSON, PEATMAN & FOGARTY
   A Professional Law Corporation
2  Brandon R. Blevans (CSB 197281)
   bblevans@dpf-law.com
3  Gregory J. Walsh (CSB 209763)
   gwalsh@dpf-law.com
4  50 Old Courthouse Square, Suite 200
   Santa Rosa, CA 95404-4922
5  Telephone: (707) 524-7000
   Facsimile:  (707) 546-6800
6
   Attorneys for Defendants
7  THOMAS KELLER RESTAURANT GROUP,
   BOUCHON LP and BOUCHON, LLC
8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE DISTRICT OF NORTHERN CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| JASON STEVENS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THOMAS KELLER RESTAURANT GROUP, a California business organization form unknown, BOUCHON LP, a California limited partnership, and BOUCHON, LLC, a California limited liability corporation.<br><br>        Defendants. | CASE NO. CV 09 0622 EMC<br><br>**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND**<br>ORDER<br>[Civil L.R. 6-1 (a)]<br><br><br>Date Complaint Filed: February 12, 2009<br>Trial Date: None |

Stipulation Enlarging Time to Respond to Complaint                    Case No. CV 09 0622

## STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND

1. Plaintiff's *Complaint* was filed on February 11, 2009 and served on February 12, 2009.

2. Pursuant to Civil L.R. 6.1(a), Plaintiff and Defendants Thomas Keller Restaurant Group, Bouchon LP, and Bouchon, LLC, have stipulated that Defendants shall have an extension of time to answer or otherwise respond to the *Complaint*. This extension will not alter the date of any event or deadline already fixed by Court order.

3. Said extension would require a response by Defendants on Wednesday, April 8, 2009.

4. Each party waives service of this *Stipulation Enlarging Time.*

IT IS SO STIPULATED.


Dated: March 24, 2009                DICKENSON, PEATMAN & FOGARTY
                                     A Professional Law Corporation


                                     /s/
                                     ─────────────────────────────
                                     Brandon R. Blevans
                                     Gregory J. Walsh
                                     Attorneys for Defendants
                                     THOMAS KELLER RESTAURANT GROUP,
                                     BOUCHON LP and BOUCHON, LLC


Dated: March 24, 2009                RUDY, EXELROD, ZIEFF & LOWE, LLP


                                     /s/
                                     ─────────────────────────────
                                     David A. Lowe
                                     Attorney for Plaintiff

**SIGNATURE ATTESTATION**

**U.S.D.C. Northern District of California General Order No. 45 (11/18/04), § X(B)**

I attest that concurrence in the filing of this document has been obtained from the single signatory identified above.

Dated: March 24, 2009            /s/
                                 Gregory J. Walsh


IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. Magistrate J.

