David A. Lowe
Kenneth J. Sugarman
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff Jason Stevens

Brandon R. Blevans
Michael J. Holman
DICKENSON, PEATMAN & FOGARTY, PC
50 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 524-7000
Facsimile: (707) 546-6800

Attorneys for Defendants Shamus & Peabody, LLC and
Yountville Food Emporium, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>SHAMUS & PEABODY, LLC, a California limited liability corporation, d/b/a Thomas Keller Restaurant Group, and YOUNTVILLE FOOD EMPORIUM, LLC, a California limited liability corporation, d/b/a Bouchon.<br><br>        Defendants.         / | Case No. CV-09-0622 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING DATES FOR DISCOVERY** |

Plaintiff Jason Stevens ("Plaintiff") and Defendants Shamus & Peabody, LLC and Yountville Food Emporium, LLC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree and request that the Court enter an order as follows:

1

WHEREAS, the Court filed the First Amended Case Management and Pretrial Order for Jury Trial in this matter on October 8, 2009, ordering that non-expert discovery shall be completed by December 28, 2009, that experts shall be disclosed and expert reports provided by the Parties by December 28, 2009, that rebuttal experts shall be disclosed and reports provided by January 11, 2010, and that all expert discovery shall be completed by January 25, 2010;

WHEREAS, since the Court filed the First Amended Case Management and Pretrial Order, the Parties have continued to actively engage in settlement discussions and would like to avoid additional discovery costs while they continue to try to negotiate a settlement; and,

WHEREAS, Plaintiff noticed the depositions of Defendants' employees Jeremy Threat and Kassidy Harris for December 14 and 15, 2009, Defendants noticed the continuing deposition of Plaintiff for December 21, 2009, and Plaintiff has indicated that he will notice a custodian of records deposition relating to telecommunication business records, and the Parties desire to continue the dates for these depositions while settlement discussions continue;

The Parties hereby stipulate and agree as follows:

1. The date for completion of non-expert discovery is continued with respect to the depositions of Jeremy Threat and Kassidy Harris, the continuing deposition of Plaintiff, and the deposition of a custodian of records relating to telecommunication business records. These depositions shall be completed by January 29, 2010.

2. Expert discovery dates are continued for two weeks as follows: disclosure of experts and expert reports by January 11, 2010; disclosure of rebuttal experts and reports by January 25, 2010; all discovery from experts completed by February 8, 2010.

DATED: December 29, 2009     RUDY, EXELROD, ZIEFF & LOWE, LLP


By: */s/ Kenneth J. Sugarman*
KENNETH J. SUGARMAN
Attorneys for Plaintiff Jason Stevens

DATED: December 29, 2009                    DICKENSON, PEATMAN & FOGARTY, PC


                                            By:  */s/ Brandon R. Blevans*
                                                 BRANDON R. Blevans
                                                 Attorneys for Defendants Shamus &
                                                 Peabody, LLC and Yountville Food
                                                 Emporium, LLC

   PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:  1/4/10    _____



## ECF ATTESTATION

Pursuant to Local ECF Rules, I hereby attest that concurrence in the filing of this document has been obtained from the non-filing signatories.

Executed this 29th day of December, 2009, at San Francisco, California.

*/s/ Kenneth J. Sugarman*
KENNETH J. SUGARMAN