| | |
|---|---|
| 1 | DICKENSON, PEATMAN & FOGARTY |
| | A Professional Law Corporation |
| 2 | Brandon R. Blevans (CSB 197281) |
| | bblevans@dpf-law.com |
| 3 | Gregory J. Walsh (CSB 209763) |
| | gwalsh@dpf-law.com |
| 4 | 50 Old Courthouse Square, Suite 200 |
| | Santa Rosa, CA 95404-4922 |
| 5 | Telephone: (707) 524-7000 |
| | Facsimile: (707) 546-6800 |
| 6 | |
| | Attorneys for Defendants |
| 7 | SHAMUS & PEABODY d/b/a Thomas Keller Restaurant Group |
| | and YOUNTVILLE FOOD EMPORIUM, LLC, d/b/a Bouchon |
| 8 | |
| 9 | DAVID A. LOWE (SBN: 178811) |
| | KENNETH J. SUGARMAN (SBN: 195059) |
| 10 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. |
| | 351 California Street, Suite 700 |
| 11 | San Francisco, CA 94104 |
| | Telephone: (415) 434-9800 |
| 12 | Facsimile: (415) 434-0513 |
| | Email: dal@rezlaw.com |
| 13 | Email: kjs@rezlaw.com |
| 14 | Attorneys for Plaintiff Jason Stevens |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JASON STEVENS, | | CASE NO. CV 09 0622 EMC |
| Plaintiffs, | | |
| vs. | | **STIPULATION RESETTING THE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE ; ORDER** |
| SHAMUS & PEABODY, LLC., a California limited liability corporation, d/b/a Thomas Keller Restaurant Group, and YOUNTVILLE FOOD EMPORIUM, LLC, a California limited liability corporation, d/b/a Bouchon. | | **[Civil L.R. 6-1 (a)]** |
| Defendants. | | Date Complaint Filed: February 12, 2009 |
| | | Trial Date: May 17, 2010 |

**STIPULATION OF THE PARTIES RESETTING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE**

As the parties have reached a settlement in the above-entitled matter and Plaintiff filed a Notice of Settlement on February 1, 2010 (Court Document Number 55) the parties hereby stipulate to rescheduling deadlines pursuant to the Clerk's indication of availability:

1. Defendants' Motion for Summary Judgment currently on calendar for February 24, 2010 is reset to April 7, 2010 at 10:30 AM.
2. Plaintiff's Opposition to Defendants' Motion for Summary Judgment is to be filed by March 17, 2010 and Defendants' Reply is to be filed by March 24, 2010.
3. An updated joint Status Conference Statement is to be filed by March 31, 2010; and
4. The Status Conference currently on calendar for February 24, 2010 is also reset to April 7, 2010 at 10:30 AM.

IT IS SO STIPULATED.

Dated: February 4, 2010

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

　　　*/s/ Brandon R. Blevans*
Brandon R. Blevans
Gregory J. Walsh
Attorneys for Defendants
SHAMUS & PEABODY d/b/a Thomas Keller Restaurant Group and YOUNTVILLE FOOD EMPORIUM, LLC, d/b/a Bouchon

Dated: February 4, 2010

RUDY, EXELROD, ZIEFF & LOWE, LLP

　　　*/s/ David A. Lowe*
David A. Lowe
Attorney for Plaintiff

SIGNATURE ATTESTATION

**U.S.D.C. Northern District of California General Order No. 45 (11/18/04), § X(B)**

I attest that concurrence in the filing of this document has been obtained from the single signatory identified above.

Dated: February 4, 2010  /s/ Brandon R. Blevans
Brandon R. Blevans

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 2/4/10

