David A. Lowe (SBN: 178811)
Kenneth J. Sugarman (SBN: 195059)
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: dal@rezlaw.com
Email: kjs@rezlaw.com

Attorneys for Plaintiff Jason Stevens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON STEVENS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHAMUS & PEABODY, LLC, a California limited liability corporation, d/b/a Thomas Keller Restaurant Group, and YOUNTVILLE FOOD EMPORIUM, LLC, a California limited liability corporation, d/b/a Bouchon.<br><br>    Defendants. | Case No. CV-09-0622 EMC<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed: January 10, 2008<br>Trial Date: May 17, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Release of All Claims.

DATED: February 22, 2010              RUDY, EXELROD, ZIEFF & LOWE, LLP


                                      By: */s/ David A. Lowe*
                                          DAVID A. LOWE
                                          Attorneys for Plaintiff

DATED: February 22, 2010         DICKENSON, PEATMAN & FOGARTY, PC

By:   */s/ Brandon R. Blevans*
      BRANDON R. BLEVANS
      Attorneys for Defendants

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



**ECF ATTESTATION**

Pursuant to Local ECF Rules, I hereby attest that concurrence in the filing of this document has been obtained from the non-filing signatories.

Executed this 22nd day of February, 2010, at San Francisco, California.

*/s/ David A. Lowe*
DAVID A. LOWE